# EXHIBIT A

# Amazon.com





















# Capital One



**Capital One Careers**
Sponsored · 🌐

See why diversity in tech is so important to our engineers and get a peek at the thinking behind our pursuit of customer-centric innovation.
http://bit.ly/2hotExG

**Hear from our Engineers**
Discover an environment where y...

Learn More



← Why am I seeing this ad?

One reason you're seeing this ad is that 📘 Capital One Careers wants to reach people who are part of a multicultural affinity audience called **"Multicultural affinity: African American (US)."** This is based on your activity on Facebook.

There may be other reasons you're seeing this ad, including that Capital One Careers wants to reach **people ages 22 to 54 who live or were recently near Silver Spring, Maryland.** This is information based on your Facebook profile and where you've connected to the internet.













Citadel









# Cox Communications and Cox Media





































# Defenders





# Facebook











**Facebook Careers**
Sponsored · 🌐

"I'm from India where everyone from my 90-year old grandmother, teen cousins, and my mother's doctor and grocer use WhatsApp. It has been highly fulfilling to work on a product that is the lifeline of communication for millions of people, many of whom have never even used email.

I joined WhatsApp's engineering team when the team had about 20 en... Continue Reading





← Why am I seeing this ad?    🔍

One reason you're seeing this ad is that
🖼 Facebook Careers wants to reach **people who may be similar to their customers**. Learn more.

There may be other reasons you're seeing this ad, including that Facebook Careers wants to reach **people ages 22 to 55 who live or were recently in the United States**. This is information based on your Facebook profile and where you've connected to the internet.





 **Facebook Careers**
Sponsored · 🌐

LIKE PAGE

Meet Lauren W., a global marketing lead at Facebook. Hear about her passion for educating partners and empowering them to drive success for their businesses using Facebook and Instagram.

If you're interested in joining our marketing teams check out our current opportunities in the Bay Area, New York, Austin and Chicago: https://fb.careers/mktg

#... Continue Reading



← Why am I seeing this ad?  🔍



One reason you're seeing this ad is that

📘 Facebook Careers wants to reach **people who may be similar to their customers**. Learn more.

There may be other reasons you're seeing this ad, including that Facebook Careers wants to reach **people ages 25 to 60 who live or were recently in the United States**. This is information based on your Facebook profile and where you've connected to the internet.



**Facebook Careers**
shared their **event**.
Sponsored · 🌐

LIKE PAGE

Join us here on Thursday, November 2 for a Live discussion with Facebook recruiting leaders. Come hear from our leaders that are building the team that is helping to build Facebook - we're hiring and growing.

You will meet:
• Liz W: Director, Global Business Recruiting
• Ruta S: Director, Software Engineering and Product Recruiting
• Selena G: D... Continue Reading





← Why am I seeing this ad? 🔍

One reason you're seeing this ad is that 📇 Facebook Careers wants to reach **people who may be similar to their customers**. Learn more.

There may be other reasons you're seeing this ad, including that Facebook Careers wants to reach **people ages 25 to 60 who live or were recently in the United States**. This is information based on your Facebook profile and where you've connected to the internet.

# Fairfield Residential









# Leidos

















# Sleep Number





















# T-Mobile





























# Triplebyte

















# Weichert Realtors







