Jahan C. Sagafi (Cal. Bar No. 224887)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile:  (415) 638-8810
Email: jsagafi@outtengolden.com

P. David Lopez (*pro hac vice forthcoming*)
Peter Romer-Friedman (*pro hac vice forthcoming*)
OUTTEN & GOLDEN LLP
601 Massachusetts Ave. NW
Second Floor West
Washington, DC 20001
Telephone: (202) 847-4400
Facsimile:  (646) 952-9114
E-mail: pdl@outtengolden.com
E-mail: prf@outtengolden.com

Guerino J. Calemine III (*pro hac vice forthcoming*)
Katherine A. Roe (*pro hac vice forthcoming*)
COMMUNICATIONS WORKERS OF AMERICA
501 3rd Street, N.W.
Washington, DC 20001
Telephone: (202) 434-1100
E-mail: jcalemine@cwa-union.org
E-mail: aroe@cwa-union.org

Adam T. Klein (*pro hac vice forthcoming*)
Robert N. Fisher (Cal. Bar No. 302919)
Jared W. Goldman (*pro hac vice forthcoming*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone:  (212) 245-1000
Facsimile:  (646) 509-2060
E-mail: atk@outtengolden.com
E-mail: rfisher@outtengolden.com
E-mail: jgoldman@outtengolden.com

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNICATIONS WORKERS OF AMERICA, LINDA BRADLEY, MAURICE ANSCOMBE, LURA CALLAHAN, and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>T-MOBILE US, INC., AMAZON.COM, INC., COX COMMUNICATIONS, INC., COX MEDIA GROUP, LLC, and similarly situated employers and employment agencies, DOES 1 through 1,000,<br><br>Defendants. | Case No. 17 Civ. 07232<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,                    December 26, 2017

/s/ Jahan C. Sagafi
Jahan C. Sagafi (Cal. Bar No. 224887)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile:  (415) 638-8810
E-mail: jsagafi@outtengolden.com

P. David Lopez (*pro hac vice forthcoming*)
Peter Romer-Friedman (*pro hac vice forthcoming*)
OUTTEN & GOLDEN LLP
601 Massachusetts Ave. NW
Second Floor West
Washington, DC 20001
Telephone: (202) 847-4400
Facsimile:  (646) 952-9114
E-mail: pdl@outtengolden.com
E-mail: prf@outtengolden.com

Guerino J. Calemine III (*pro hac vice forthcoming*)
Katherine A. Roe (*pro hac vice forthcoming*)
COMMUNICATIONS WORKERS OF AMERICA
501 3rd Street, N.W.
Washington, DC 20001
Telephone: (202) 434-1100
E-mail:  jcalemine@cwa-union.org
E-mail: aroe@cwa-union.org

Adam T. Klein (*pro hac vice forthcoming*)
Robert N. Fisher (Cal. Bar No. 302919)
Jared W. Goldman (*pro hac vice forthcoming*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile:  (646) 509-2060
E-mail: atk@outtengolden.com
E-mail: rfisher@outtengolden.com
E-mail: jgoldman@outtengolden.com

*Attorneys for Plaintiffs and the Proposed Plaintiff Class*