UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR ONUOHA, et al., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC.,<br><br>        Defendant. | Case No. 5:16-cv-06440-EJD<br><br>**ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES ARE RELATED**<br><br>Re: Dkt. No. 57 |

Presently before the court is an administrative motion to consider whether the above-entitled action is related to another civil action currently pending in this district, Communications Workers of America v. T-Mobile US, Inc., Case No. 5:17-cv-07232-BLF.

The court has reviewed the motion and the dockets for both cases in accordance with the requirements of Civil Local Rule 3-12 and has determined it is unlikely there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

On that basis, the court finds the cases are not related within the definition of Rule 3-12 and will not order a reassignment.

**IT IS SO ORDERED.**

Dated: January 8, 2018

EDWARD J. DAVILA
United States District Judge