JOAN B. TUCKER FIFE (SBN: 144572)
jfife@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

EMILIE C. WOODHEAD (SBN: 240464)
ewoodhead@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendants
COX MEDIA GROUP, LLC and
COX COMMUNICATIONS, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COMMUNICATIONS WORKERS OF AMERICA, LINDA BRADLEY, MAURICE ANSCOMBE, LURA CALLAHAN, and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>T-MOBILE US, INC., AMAZON.COM, INC., COX COMMUNICATIONS, INC., COX MEDIA GROUP, LLC, and similarly situated employers and employment agencies, DOES 1 through 1,000,<br><br>Defendants. | **Case No. 5:17-cv-07232-BLF**<br><br>**DEFENDANT COX MEDIA GROUP LLC'S LOCAL RULE 3-15 DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Cox Enterprises, Inc. (parent corporation)

Dated: March 29, 2018                    WINSTON & STRAWN LLP

                                         By:  */s/ Joan B. Tucker Fife*
                                              Joan B. Tucker Fife
                                              Emilie C. Woodhead
                                              Attorneys for Defendants
                                              COX MEDIA GROUP, LLC and
                                              COX COMMUNICATIONS, INC.