# EXHIBIT A

# Amazon.com, Inc.





















# Arhaus





# Capital One



**Capital One Careers**
Sponsored · 🌐

See why diversity in tech is so important to our engineers and get a peek at the thinking behind our pursuit of customer-centric innovation.
http://bit.ly/2hotExG



**Hear from our Engineers**
Discover an environment where y...

Learn More















Citadel









# Cox Communications and Cox Media





































# Defenders





# Enterprise Rent-A-Car





# Facebook, Inc.











**Facebook Careers**
Sponsored · 🌐

"I'm from India where everyone from my 90-year old grandmother, teen cousins, and my mother's doctor and grocer use WhatsApp. It has been highly fulfilling to work on a product that is the lifeline of communication for millions of people, many of whom have never even used email.

I joined WhatsApp's engineering team when the team had about 20 en... Continue Reading









 **Facebook Careers**
Sponsored · 🌐

LIKE PAGE

Meet Lauren W., a global marketing lead at Facebook. Hear about her passion for educating partners and empowering them to drive success for their businesses using Facebook and Instagram.

If you're interested in joining our marketing teams check out our current opportunities in the Bay Area, New York, Austin and Chicago: https://fb.careers/mktg

#... Continue Reading





← Why am I seeing this ad?   🔍

One reason you're seeing this ad is that 🖥 **Facebook Careers** wants to reach **people who may be similar to their customers**. Learn more.

There may be other reasons you're seeing this ad, including that Facebook Careers wants to reach **people ages 25 to 60 who live or were recently in the United States**. This is information based on your Facebook profile and where you've connected to the internet.



**Facebook Careers** shared their **event**.
Sponsored · 🌐

LIKE PAGE

Join us here on Thursday, November 2 for a Live discussion with Facebook recruiting leaders. Come hear from our leaders that are building the team that is helping to build Facebook - we're hiring and growing.

You will meet:
• Liz W: Director, Global Business Recruiting
• Ruta S: Director, Software Engineering and Product Recruiting
• Selena G: D... Continue Reading



← Why am I seeing this ad?



One reason you're seeing this ad is that 🗂 Facebook Careers wants to reach **people who may be similar to their customers**. Learn more.

There may be other reasons you're seeing this ad, including that Facebook Careers wants to reach **people ages 25 to 60 who live or were recently in the United States**. This is information based on your Facebook profile and where you've connected to the internet.

# Fairfield Residential









Fairfield Residential
Sponsored ·
LIKE PAGE
NOW HIRING FOR POSITIONS ACROSS THE US! See what our current employees say about working for Fairfield:
"I joined Fairfield in April of 2006 when I was just a sophomore in college. Every position I've held has provided me with different opportunities. It's awesome that Fairfield allows internal candidates room for growth and advancement." -Kati Ko... Continue Reading
FAIRFIELD
RESIDENTIAL
NOW HIRING NATIONWIDE
IN PROPERTY MANAGEMENT
Fairfield Residential is hiring nationwide!
ffres.wd1.myworkdayjobs.com
LEARN MORE
5

Why am I seeing this ad?
One reason you're seeing this ad is that Fairfield Residential wants to reach people interested in Property management, based on activity such as liking Pages or clicking on ads.
There may be other reasons you're seeing this ad, including that Fairfield Residential wants to reach people ages 21 to 41 who live or were recently near Silver Spring, Maryland. This is information based on your Facebook profile and where you've connected to the internet.

# IKEA



## IKEA

Sponsored · 🌐

See what makes IKEA stores so great. Come to our National Hiring Event 2pm-8pm on Nov 9!

**IKEA National Hiring Event**
Click for more info!

Learn More

## Targeting Information

One reason you're seeing this ad is that **IKEA** wants to reach people interested in **Job hunting**, based on activity such as liking Pages or clicking on ads.

There may be other reasons you're seeing this ad, including that IKEA wants to reach **people ages 18 to 54 who live or were recently in the United States**. This is information based on your Facebook profile and where you've connected to the internet.

# Leidos

















Suggested Post
leidos
Leidos
Sponsored •
We're hiring IT professionals for a new Department of Energy program. To learn more, attend one of our hiring events on October 18 in Washington DC or October 25 in Germantown, MD.
Find your next challenge.
Leidos is a science and technology sol...
jobs.leidos.com
SIGN UP

Why am I seeing this ad?
One reason you're seeing this ad is that Leidos wants to reach people interested in Computer network, based on activity such as liking Pages or clicking on ads.
There may be other reasons you're seeing this ad, including that Leidos wants to reach people ages 24 to 58 who live or were recently near Silver Spring, Maryland. This is information based on your Facebook profile and where you've connected to the internet.

# Sleep Number Corp.





















Suggested Post
Sleep Number Careers
LIKE PAGE
Sponsored ·
Looking for more than a job? Join our family and work for a mission-driven company.
WE'RE HIRING!
RETAIL SALES
We. Are. Sleep Number.
Now hiring in retail sales.
jobs.sleepnumber.com
LEARN MORE
Like
Comment
Share

Why am I seeing this ad?
One reason you're seeing this ad is that Sleep Number Careers wants to reach people who have visited their website or used one of their apps. This is based on customer information provided by Sleep Number Careers.
There may be other reasons you're seeing this ad, including that Sleep Number Careers wants to reach **people ages 25 to 54 who live or were recently in the United States**. This is information based on your Facebook profile and where you've connected to the internet.

T-Mobile





























Triplebyte

















# Weichert Realtors









# University of Maryland Medical System



