GIBSON, DUNN & CRUTCHER LLP
JASON C. SCHWARTZ, admitted *pro hac vice*
  jschwartz@gibsondunn.com
JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
GRETA B. WILLIAMS, SBN 267695
  gbwilliams@gibsondunn.com
ANNA M. MCKENZIE, admitted *pro hac vice*
  amckenzie@gibsondunn.com
NAIMA L. FARRELL, admitted *pro hac vice*
  nfarrell@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
Facsimile:  202.467.0539

RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile:  415.393.8306

Attorneys for Amazon.com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BRADLEY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>T-MOBILE US, INC., et al.,<br><br>　　　　　Defendants. | CASE NO. 5:17-cv-07232-BLF<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE, OR IN THE ALTERNATIVE, FOR LEAVE TO FILE RESPONSE TO, STATEMENT OF RECENT DECISION**<br><br>**Hearing:**<br>Date:　　April 18, 2019<br>Time:　　9:00 a.m.<br>Place:　　San Jose Courthouse, Courtroom 3<br>Judge:　　Hon. Beth L. Freeman |

On January 26, 2019, pursuant to Local Rule 7-3(d)(2), Defendants filed a Statement of Recent Decision regarding *Kleber v. Carefusion Corp.*, No. 17-1206 (7th Cir. Jan. 23, 2019) (en banc). Dkt. 107. Plaintiffs now move to strike Defendants' Statement of Recent Decision, or in the alternative, for leave to submit a proposed response, because Plaintiffs claim that "Defendants' submission violates Local Rule 7-3(d)(2)'s instruction to provide 'a citation to and . . . a copy of the new opinion–without argument.'" Dkt. 108.

Defendants oppose Plaintiffs' Motion to Strike because Defendants' Statement of Recent Decision complies with Local Rule 7-3(d)(2). Defendants' Statement of Recent Decision contains no argument. Rather, for the Court's convenience, Defendants cited the relevant portions of the record, including the specific portions of the 103 pages of briefing regarding Defendants' pending Motions to Dismiss to which the *Kleber* decision is relevant, and quoted the decision's holding. Dkt. 107. If the Court feels these citations are too argumentative and are inconsistent with the Local Rules, Defendants respectfully suggest that the Court simply strike that sentence from the Statement. The Court should deny Plaintiffs' Motion and disregard Plaintiffs' proposed argumentative response.

Dated: February 4, 2019

WINSTON & STRAWN

By: /s/ *Joan B. Tucker Fife*
Joan B. Tucker Fife (SBN 144572)
  jfife@winston.com
101 California Street
San Francisco, CA 94111-5802
Telephone: 415.591.1000
Facsimile: 415.591.1400

Emilie C. Woodhead (SBN 240464)
  ewoodhead@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213.615.1700
Facsimile: 213.615.1750

Attorneys for Cox Media Group, LLC
and Cox Communications, Inc.

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Jason C. Schwartz*
Jason C. Schwartz
Rachel S. Brass
Joshua S. Lipshutz
Greta B. Williams
Anna M. McKenzie
Naima L. Farrell

Attorneys for Amazon.com, Inc.

DAVIS WRIGHT TREMAINE LLP

By: /s/ *Stephen M. Rummage*
Stephen M. Rummage (*admitted pro hac vice*)
  steverummage@dwt.com
Ryan C. Hess (SBN 263079)
  ryanhess@dwt.com
Cyrus E. Ansari (*admitted pro hac vice*)
  cyrusansari@dwt.com
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206.757.8136
Fascimile: 206.757.7136

Attorneys for T-Mobile US, Inc.

**SIGNATURE ATTESTATION**

    I, Jason C. Schwartz, am the ECF User whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

Dated: February 4, 2019            GIBSON, DUNN & CRUTCHER LLP

                                           By: /s/ *Jason C. Schwartz*
                                                 Jason C. Schwartz

                                       Attorney for Amazon.com, Inc.