UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINDA BRADLEY, et al., <br>     Plaintiffs, <br> v. <br> T-MOBILE US, INC., et al., <br>     Defendants. | Case No. 17-cv-07232-BLF <br><br> **ORDER DENYING PLAINTIFFS' MOTION TO STRIKE STATEMENT OF RECENT DECISION** <br><br> [Re: ECF 108] |

Plaintiffs' Motion to Strike Statement of Recent Decision at ECF 108 is DENIED. The Court will consider all comments thus far submitted regarding *Kleber v. Carefusion Corp.*, No. 17-1206, 2019 WL 290241 (7th Cir. Jan. 23, 2019) (en banc).

Accordingly, the hearing corresponding to Plaintiffs' Motion to Strike at ECF 108 set for April 18, 2019, is VACATED.

**IT IS SO ORDERED.**

Dated: February 25, 2019

                                           /s/ Beth Labson Freeman
                                           BETH LABSON FREEMAN
                                           United States District Judge