| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>JASON C. SCHWARTZ, admitted *pro hac vice*<br>jschwartz@gibsondunn.com<br>JOSHUA S. LIPSHUTZ, SBN 242557<br>  jlipshutz@gibsondunn.com<br>GRETA B. WILLIAMS, SBN 267695<br>  gbwilliams@gibsondunn.com<br>ANNA M. MCKENZIE, admitted *pro hac vice*<br>  amckenzie@gibsondunn.com<br>NAIMA L. FARRELL, admitted *pro hac vice*<br>  nfarrell@gibsondunn.com<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: 202.955.8500<br>Facsimile:  202.467.0539<br><br>RACHEL S. BRASS, SBN 219301<br>  rbrass@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone: 415.393.8200<br>Facsimile:  415.393.8306<br><br>Attorneys for Amazon.com, Inc. | DAVIS WRIGHT TREMAINE LLP<br>STEPHEN M. RUMMAGE, admitted *pro hac vice*<br>  steverummage@dwt.com<br>CYRUS E. ANSARI, admitted *pro hac vice*<br>  cyrusansari@dwt.com<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: 206.757.8136<br>Facsimile: 206.757.7136<br><br>JEFFREY S. BOSLEY, SBN 167629<br>  jeffbosley@dwt.com<br>500 Montgomery Street, Suite 800<br>San Francisco, CA  94111-6533<br>Telephone:  415.276.6500<br>Facsimile: 415.276.6599<br><br>Attorneys for T-Mobile US, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BRADLEY, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>T-MOBILE US, INC., et al.,<br><br>        Defendants. | CASE NO. 5:17-cv-07232-BLF<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS AND TO STRIKE FOURTH AMENDED COMPLAINT**<br><br>Hon. Beth L. Freeman |

Pursuant to Local Rule 6-2(a), the parties, Communications Workers of America, Linda Bradley, Maurice Anscombe, Lura Callahan, and Richard Haynie (collectively, "Plaintiffs") and Defendants T-Mobile US, Inc., and Amazon.com, Inc. (collectively, "Defendants"), stipulate and agree as follows:

1. On June 4, 2019, the Court granted Plaintiffs' request to file the Fourth Amended Collective Action Complaint ("Fourth Amended Complaint"). ECF No. 139.

2. On June 5, 2019, Plaintiffs filed their Fourth Amended Complaint. ECF No. 140. Pursuant to Fed. R. Civ. P. 15(a)(3), Defendants' response to the Fourth Amended Complaint would be due June 19, 2019.

3. Defendants intend to file a motion to dismiss Plaintiffs' Fourth Amended Complaint, as anticipated in the Court's order granting leave to file the Fourth Amended Complaint. *See* ECF No. 139 at 3:19-20 ("Defendants have more than adequate time to brief and argue a motion to dismiss Plaintiffs' 4AC[.]"). Further, Defendants may file a motion to strike the class and collective allegations from the Fourth Amended Complaint.

4. The parties have conferred and agreed to extend Defendants' time to file a motion to dismiss the Fourth Amended Complaint and to establish the following schedule for briefing that motion and a possible motion to strike, subject to the Court's approval:

   (a) Defendants' motion to dismiss and motion to strike, if any, shall be filed on or before July 17, 2019;

   (b) Plaintiffs' oppositions shall be filed on or before September 10, 2019; and

   (c) Defendants' replies shall be filed on or before October 8, 2019.

Dated: June 23, 2019

DAVIS WRIGHT TREMAINE LLP

| | |
|---|---|
| OUTTEN & GOLDEN LLP<br><br>/s/ Peter Romer-Freidman<br>P. David Lopez (*pro hac vice*)<br>Peter Romer-Friedman (*pro hac vice*)<br>601 Massachusetts Ave. NW<br>Second Floor West<br>Washington, DC 20001<br>Telephone: (202) 847-4400<br>Facsimile: (646) 952-9114<br>E-mail: pdl@outtengolden.com<br>E-mail: prf@outtengolden.com<br><br>Jahan C. Sagafi (Cal. Bar No. 224887)<br>OUTTEN & GOLDEN LLP<br>One Embarcadero Center, 38th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 638-8800<br>Facsimile: (415) 638-8810<br>E-mail: jsagafi@outtengolden.com<br><br>Adam T. Klein (*pro hac vice*)<br>Robert N. Fisher (Cal. Bar No. 302919)<br>Jared W. Goldman (*pro hac vice*)<br>OUTTEN & GOLDEN LLP<br>685 Third Avenue, 25th Floor<br>New York, NY 10017<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2060<br>E-mail: atk@outtengolden.com<br>E-mail: rfisher@outtengolden.com<br>E-mail: jgoldman@outtengolden.com<br><br>Patricia Shea (*pro hac vice*)<br>Katherine A. Roe (*pro hac vice*)<br>COMMUNICATIONS WORKERS<br>OF AMERICA<br>501 3rd Street, N.W.<br>Washington, DC 20001<br>Telephone: (202) 434-1100<br>E-mail: jcalemine@cwa-union.org<br>E-mail: aroe@cwa-union.org<br>*Attorneys for Plaintiffs and Proposed Plaintiff Class and Collective* | GIBSON, DUNN & CRUTCHER LLP<br><br>By: /s/ *Jason C. Schwartz*<br>Jason C. Schwartz<br>Rachel S. Brass<br>Joshua S. Lipshutz<br>Greta B. Williams<br>Anna M. McKenzie<br>Naima L. Farrell<br><br>Attorneys for Amazon.com, Inc.<br><br>DAVIS WRIGHT TREMAINE LLP<br><br>By: /s/ *Stephen M. Rummage*<br>Stephen M. Rummage (admitted *pro hac vice*)<br>  steverummage@dwt.com<br>Cyrus E. Ansari (admitted *pro hac vice*)<br>  cyrusansari@dwt.com<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: 206.757.8136<br>Facsimile: 206.757.7136<br><br>Jeffrey S. Bosley, SBN 167629<br>  jeffbosley@dwt.com<br>500 Montgomery Street, Suite 800<br>San Francisco, CA 94111-6533<br>Telephone: 415.276.6500<br>Facsimile: 415.276.6599<br><br>Attorneys for T-Mobile US, Inc. |

**ORDER**

Based on the foregoing Stipulation, IT IS SO ORDERED.

Dated: **June 14, 2019**                          /s/ Beth Labson Freeman
                                                                                  The Honorable Beth Labson Freeman
                                                                                  United States District Judge

2
STIP. AND ~~PROPOSED~~ ORDER RE BRIEFING SCHEDULE FOR MOTIONS TO DISMISS AND STRIKE FAC
CASE NO. 5:17-CV-07232