Jahan C. Sagafi (Cal. Bar No. 224887)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com

Patricia Shea (*pro hac vice*)
Katherine A. Roe (*pro hac vice*)
COMMUNICATIONS WORKERS
OF AMERICA
501 3rd Street, N.W.
Washington, DC 20001
Telephone: (202) 434-1100
E-mail: pats@cwa-union.org
E-mail: aroe@cwa-union.org

P. David Lopez (*pro hac vice*)
Peter Romer-Friedman (*pro hac vice*)
Pooja Shethji (*pro hac vice*)
OUTTEN & GOLDEN LLP
601 Massachusetts Ave. NW
Second Floor West
Washington, DC 20001
Telephone: (202) 847-4400
Facsimile: (646) 952-9114
E-mail: pdl@outtengolden.com
E-mail: prf@outtengolden.com
E-mail: pshethji@outtengolden.com

Adam T. Klein (*pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: atk@outtengolden.com

*Attorneys for Plaintiffs and the Proposed Plaintiff Class and Collective*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| COMMUNICATIONS WORKERS OF AMERICA, LINDA BRADLEY, MAURICE ANSCOMBE, LURA CALLAHAN, RICHARD HAYNIE, and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>T-MOBILE US, INC., and AMAZON.COM, INC.,<br><br>Defendants. | Case No. 17-cv-07232-BLF<br><br>**DECLARATION OF PETER ROMER-FRIEDMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date: January 16, 2020<br>Time: 9:00 a.m.<br>Courtroom: San Jose Courthouse, Rm 3<br>Judge: Hon. Beth L. Freeman |

I, Peter Romer-Friedman, declare:

1. I am Counsel at the firm of Outten & Golden LLP in Washington, D.C. I am admitted *pro hac vice* to practice before this Court. I am one of the lawyers primarily responsible for prosecuting Plaintiffs' claims in this action. I make these statements based on personal knowledge and would so testify if called as a witness at trial.

2. Attached to this Declaration as **Exhibit 1** is a true and correct copy of the Statement of Interest of the United States in *National Fair Housing Alliance v. Facebook, Inc.*, No. 18 Civ. 2689 (S.D.N.Y. Aug. 17, 2018) (ECF No. 48).

3. Attached to this Declaration as **Exhibit 2** is a true and correct copy of the U.S. Department of Housing and Urban Development's Charge of Discrimination against Facebook, Inc., FHEO No. 01-18-0323-8 (Mar. 28, 2019), https://www.hud.gov/sites/dfiles/Main/documents/HUD_v_Facebook.pdf.

4. Attached to this Declaration as **Exhibit 3** are true and correct copies of Charges of Discrimination filed by Linda Bradley with the U.S. Equal Employment Opportunity Commission ("EEOC") against Capital One Financial Corporation, DriveTime Automotive Group Inc., Edward D. Jones & Co., L.P., Enterprise Holdings, Inc., Nebraska Furniture Mart, Inc., Renewal by Andersen LLC, and Sandhills Publishing Company, as well as the corresponding Letters of Determination issued by the EEOC. The factual and legal allegations in these charges are identical to the allegations made by other complainants represented by Outten & Golden LLP—including the Communications Workers of America—in Charges of Discrimination that were concurrently filed with the EEOC against the same seven respondents identified above. Personal identifying information contained in the Charges and Letters of Determination has been redacted.

I declare, under penalty of perjury, under 28 U.S.C. § 1746 and the laws of the State of California, that the foregoing is true and correct.

Executed on September 24, 2019 at Washington, D.C.

*/s/ Peter Romer-Friedman*
Peter Romer-Friedman

DECLARATION OF PETER-ROMER FRIEDMAN IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
CASE NO. 17-cv-07232-BLF