Jahan C. Sagafi (Cal. Bar No. 224887)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com

Patricia Shea (*pro hac vice*)
Katherine A. Roe (*pro hac vice*)
COMMUNICATIONS WORKERS
OF AMERICA
501 3rd Street, N.W.
Washington, DC 20001
Telephone: (202) 434-1100
E-mail: pats@cwa-union.org
E-mail: aroe@cwa-union.org

P. David Lopez (*pro hac vice*)
Peter Romer-Friedman (*pro hac vice*)
Pooja Shethji (*pro hac vice*)
OUTTEN & GOLDEN LLP
601 Massachusetts Ave. NW
Second Floor West
Washington, DC 20001
Telephone: (202) 847-4400
Facsimile: (646) 952-9114
E-mail: pdl@outtengolden.com
E-mail: prf@outtengolden.com
E-mail: pshethji@outtengolden.com

Adam T. Klein (*pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: atk@outtengolden.com

*Attorneys for Plaintiffs and the Proposed Plaintiff Class and Collective*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| COMMUNICATIONS WORKERS OF AMERICA, LINDA BRADLEY, MAURICE ANSCOMBE, LURA CALLAHAN, RICHARD HAYNIE, and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>T-MOBILE US, INC., and AMAZON.COM, INC.,<br><br>Defendants. | Case No. 17-cv-07232-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SUPPLEMENTAL DECLARATION**<br><br>Date: January 16, 2020<br>Time: 9:00 a.m.<br>Courtroom: San Jose Courthouse, Rm 3<br>Judge: Hon. Beth L. Freeman |

Pursuant to Civil Local Rule 7-12, Plaintiffs Communications Workers of America, Linda Bradley, Maurice Anscombe, Lura Callahan, and Richard Haynie, and Defendants T-Mobile US, Inc. and Amazon.com, Inc. (collectively, "the Parties") hereby stipulate to, and request that the Court enter an order, granting Plaintiffs leave to file a supplemental declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss. Although Defendants do not object to Plaintiffs' submission of the supplemental declaration, Defendants hereby reserve all other rights, including but not limited to the right to object to the relevance, accuracy, admissibility, or authenticity of the declaration.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, Plaintiffs shall be granted leave to file a supplemental declaration in support of their Opposition to Defendants' Motion to Dismiss.

Dated: November 1, 2019          Respectfully submitted,


 /s/ Peter Romer-Friedman
P. David Lopez (*pro hac vice*)
Peter Romer-Friedman (*pro hac vice*)
Pooja Shethji (*pro hac vice*)
OUTTEN & GOLDEN LLP
601 Massachusetts Ave. NW
Second Floor West
Washington, DC 20001
Telephone: (202) 847-4400
Facsimile: (646) 952-9114
Email: pdl@outtengolden.com
Email: prf@outtengolden.com
Email: pshethji@outtengolden.com

Jahan C. Sagafi (Cal. Bar No. 224887)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
Email: jsagafi@outtengolden.com

Adam T. Klein (*pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
Email: atk@outtengolden.com

Patricia Shea (*pro hac vice*)
Katherine A. Roe (*pro hac vice*)
COMMUNICATIONS WORKERS
OF AMERICA
501 3rd Street, N.W.
Washington, DC 20001
Telephone: (202) 434-1100
Email: pats@cwa-union.org
Email: aroe@cwa-union.org

*Attorneys for Plaintiffs and Proposed Plaintiff Class and Collective*

 /s/ Jason C. Schwartz
Jason C. Schwartz (*pro hac vice*)
Joshua S. Lipshutz (Cal. Bar No. 242557)
Greta B. Williams (Cal. Bar No. 267695)
Anna M. McKenzie (*pro hac vice*)
Naima L. Farrell (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
Email: jschwartz@gibsondunn.com
Email: jlipshutz@gibsondunn.com
Email: gbwilliams@gibsondunn.com
Email: amckenzie@gibsondunn.com
Email: nfarrell@gibsondunn.com

Rachel S. Brass (Cal. Bar No. 219301)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile:  (415) 393-8306
Email: rbrass@gibsondunn.com

*Attorneys for Amazon.com, Inc.*

/s/ Stephen M. Rummage
Stephen M. Rummage (*pro hac vice*)
Cyrus E. Ansari (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 757-8136
Facsimile: (206) 757-7136
Email: steverummage@dwt.com
Email: cyrusansari@dwt.com

Jeffrey S. Bosley (Cal. Bar No. 167629)
DAVIS WRIGHT TREMAINE LLP
500 Montgomery Street, Suite 800
San Francisco, CA  94111-6533
Telephone:  415.276.6500
Facsimile: 415.276.6599
Email: jeffbosley@dwt.com

*Attorneys for T-Mobile US, Inc.*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: _____     _____
                                                                             The Honorable Beth Labson Freeman
                                                                             U.S. District Court Judge

**ATTESTATION OF SIGNATURE**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

Dated: November 1, 2019                    <u>*/s/ Peter Romer-Friedman*</u>
                                           Peter Romer-Friedman