GIBSON, DUNN & CRUTCHER LLP
JASON C. SCHWARTZ, admitted *pro hac vice*
  jschwartz@gibsondunn.com
JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
GRETA B. WILLIAMS, SBN 267695
  gbwilliams@gibsondunn.com
ANNA M. MCKENZIE, admitted *pro hac vice*
  amckenzie@gibsondunn.com
NAIMA L. FARRELL, admitted *pro hac vice*
  nfarrell@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
Facsimile:  202.467.0539

RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile:  415.393.8306

Attorneys for Amazon.com, Inc.

DAVIS WRIGHT TREMAINE LLP
STEPHEN M. RUMMAGE, admitted *pro hac vice*
  steverummage@dwt.com
CYRUS E. ANSARI, admitted *pro hac vice*
  cyrusansari@dwt.com
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206.757.8136
Facsimile: 206.757.7136

JEFFREY S. BOSLEY, SBN 167629
  jeffbosley@dwt.com
500 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone:  415.276.6500
Facsimile: 415.276.6599

Attorneys for T-Mobile US, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BRADLEY, et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>T-MOBILE US, INC., et al.,<br><br>             Defendants. | CASE NO. 5:17-cv-07232-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS FIFTH AMENDED COMPLAINT**<br><br>Hon. Beth L. Freeman |

Pursuant to Local Rule 6-2(a), the parties, Communications Workers of America, Linda Bradley, Maurice Anscombe, Lura Callahan, and Richard Haynie (collectively, "Plaintiffs") and Defendants T-Mobile US, Inc., and Amazon.com, Inc. (collectively, "Defendants"), stipulate and agree as follows:

1. On March 23, 2020, the Court entered an Order, Dkt. 172, adopting the parties' joint proposal affording Plaintiffs until June 10, 2020 to file a Fifth Amended Complaint. The Order required Defendants to file any motion to dismiss within 30 days after the filing of Plaintiffs' Fifth Amended Complaint and allowed the parties to adopt a briefing schedule, as long as it provided for the reply on any motion to dismiss to be filed at least 14 days before the hearing date. Dkt. 172 at 2.

2. On June 10, 2020, Plaintiffs filed their Fifth Amended Complaint. Dkt. 183.

3. On July 10, 2020, Defendants filed their motion to dismiss. Dkt. 188. At the direction of the Court's chambers, the motion has been set for argument on Thursday, October 15, 2020.

4. In light of the foregoing, the parties request that the Court approve adopt the following schedule for the remaining briefs on the pending motion (Dkt. 188):

(a) Plaintiffs' Opposition shall be filed on or before August 24, 2020;

(b) Defendants' Reply shall be filed on or before September 25, 2020.

5. This proposed schedule complies with the Court's direction that briefing be completed at least 14 days before the October 15, 2020 hearing date. The proposed schedule would not change any dates previously scheduled in this case.

Dated: July 14, 2020

| | |
|---|---|
| OUTTEN & GOLDEN LLP<br>By: */s/ Michael N. Litrownik*<br>Michael N. Litrownik\*<br>685 Third Avenue, 25th Floor<br>New York, NY 10017<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2060<br>mlitrownik@outtengolden.com<br><br>Jahan C. Sagafi (Cal. Bar No. 224887)<br>One California Street, 12th Floor<br>San Francisco, California 94111<br>Telephone: (415) 638-8800<br>Facsimile: (415) 638-8810<br>jsagafi@outtengolden.com<br><br>Pooja Shethji\*<br>601 Massachusetts Ave. N.W.<br>Second Floor West<br>Washington, D.C. 20001<br>Telephone: (202) 847-4400<br>Facsimile: (646) 952-9114<br>pshethji@outtengolden.com<br><br>Peter Romer-Friedman\*<br>GUPTA WESSLER PLLC<br>1900 L Street, NW, Suite 312<br>Washington, DC 20036<br>Telephone: (202) 888-1741<br>peter@guptawessler.com<br><br>\*Admitted *pro hac vice*<br>Attorneys for Plaintiffs and the<br>Proposed Class and Collective | DAVIS WRIGHT TREMAINE LLP<br>By: */s/ Stephen M. Rummage*<br>Stephen M. Rummage,<br>admitted *pro hac vice*<br>   steverummage@dwt.com<br>Cyrus E. Ansari,<br>admitted *pro hac vice*<br>   cyrusansari@dwt.com<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: 206.757.8136<br>Facsimile: 206.757.7136<br><br>Jeffrey S. Bosley, SBN 167629<br>   jeffbosley@dwt.com<br>500 Montgomery Street, Suite 800<br>San Francisco, CA  94111-6533<br>Telephone:  415.276.6500<br>Facsimile: 415.276.6599<br><br>Attorneys for T-Mobile US, Inc.<br><br>GIBSON, DUNN & CRUTCHER LLP<br>By: */s/ Jason C. Schwarz*<br>Jason C. Schwartz,<br>admitted *pro hac vice*<br>   jschwartz@gibsondunn.com<br>Joshua S. Lipshutz, SBN 242557<br>   jlipshutz@gibsondunn.com<br>Greta B. Williams, SBN 267695<br>   gbwilliams@gibsondunn.com<br>Anna M. Mckenzie,<br>admitted *pro hac vice*<br>   amckenzie@gibsondunn.com<br>Naima L. Farrell,<br>admitted *pro hac vice*<br>   nfarrell@gibsondunn.com<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone:     202.955.8500<br>Facsimile:      202.467.0539<br><br>Rachel S. Brass, SBN 219301<br>   rbrass@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone:  415.393.8200<br>Facsimile:   415.393.8306<br><br>Attorneys for Amazon.com, Inc. |

DAVIS WRIGHT TREMAINE LLP

**ORDER**

Based on the foregoing Stipulation, IT IS SO ORDERED.

Plaintiffs shall file their Opposition to Defendants' pending motion to dismiss on or before August 24, 2020, and Defendants shall file their Reply on or before September 25, 2020.

Dated: July 14, 2020

*/s/ Beth Labson Freeman*

The Honorable Beth Labson Freeman
United States District Judge

## SIGNATURE ATTESTATION

I, Stephen M. Rummage, am the ECF User whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

Dated: July 14, 2020				DAVIS WRIGHT TREMAINE LLP

						By: */s/ Stephen M. Rummage*
						    Stephen M. Rummage

						Attorney for T-Mobile US, Inc.