Jahan C. Sagafi (Cal. Bar No. 224887)
Jared W. Goldman (Cal. Bar No. 330574)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
Email: jsagafi@outtengolden.com
Email: jgoldman@outtengolden.com

Pooja Shethji (*pro hac vice*)
OUTTEN & GOLDEN LLP
601 Massachusetts Ave. NW
Suite 200W
Washington, DC 20001
Telephone: (202) 847-4400
Facsimile: (646) 952-9114
Email: pshethji@outtengolden.com

Adam T. Klein (*pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
Email: atk@outtengolden.com

Peter Romer-Friedman (*pro hac vice*)
GUPTA WESSLER PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036
Telephone: (202) 888-1741
Email: peter@guptawessler.com

Patricia Shea (*pro hac vice*)
Colin R. Wescott (*pro hac vice*)
COMMUNICATIONS WORKERS
OF AMERICA
501 3rd Street NW
Washington, DC 20001
Telephone: (202) 434-1100
Email: pats@cwa-union.org
Email: cwescott@cwa-union.org

*Attorneys for Plaintiffs and the Proposed Class and Collective*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNICATIONS WORKERS OF AMERICA, MAURICE ANSCOMBE, LURA CALLAHAN, RICHARD HAYNIE, and others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>T-MOBILE US, INC., and AMAZON.COM, INC.,<br><br>Defendants. | Case No. 17-cv-07232-BLF<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Date:       N/A<br>Time:       N/A<br>Courtroom:  3, 5th Floor<br>Judge:      Hon. Beth Labson Freeman |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, by and through their attorneys, give notice that Plaintiffs hereby voluntarily dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

As Defendants have filed neither an answer nor a motion for summary judgment in this action, this dismissal is effective without a court order.  Fed. R. Civ. P. 41(a)(1)(A).

Dated:  January 6, 2021              Respectfully submitted,

*/s/ Peter Romer-Friedman*
Peter Romer-Friedman (*pro hac vice*)
GUPTA WESSLER PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036
Telephone: (202) 888-1741
Email: peter@guptawessler.com

Jahan C. Sagafi (Cal. Bar No. 224887)
Jared W. Goldman (Cal. Bar No. 330574)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
Email: jsagafi@outtengolden.com
Email: jgoldman@outtengolden.com

Pooja Shethji (*pro hac vice*)
OUTTEN & GOLDEN LLP
601 Massachusetts Ave. NW
Suite 200W
Washington, DC 20001
Telephone: (202) 847-4400
Facsimile: (646) 952-9114
Email: pshethji@outtengolden.com

| | |
|---|---|
| 1 | |
| 2 | Adam T. Klein (*pro hac vice*) |
|   | OUTTEN & GOLDEN LLP |
|   | 685 Third Avenue, 25th Floor |
|   | New York, NY 10017 |
| 3 | Telephone: (212) 245-1000 |
|   | Facsimile: (646) 509-2060 |
| 4 | Email: atk@outtengolden.com |

Adam T. Klein (*pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
Email: atk@outtengolden.com

Patricia Shea (*pro hac vice*)
Colin R. Wescott (*pro hac vice*)
COMMUNICATIONS WORKERS
OF AMERICA
501 3rd Street NW
Washington, DC 20001
Telephone: (202) 434-1100
Email: pats@cwa-union.org
Email: cwescott@cwa-union.org

*Attorneys for Plaintiffs and the Proposed Class and Collective*

2